UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

NIHAL ERKAN on behalf of herself and all others similarly situated,

           Plaintiffs,
-against-

New York Dress Online, LLC
           Defendant.

Case No: 1:24-cv-2141

**STIPULATION OF DISMISSAL**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Hicksville, New York
           June 24, 2024

**Mars Khaimov Law, PLLC**

By: */s/ Mars Khaimov*
Mars Khaimov, Esq.
100 Duffy Ave., Suite 510
Hicksville, New York 11801
mars@khaimovlaw.com
*Attorneys for Plaintiff*

**O'Hagan Meyer**

By: */s/ Ryan Benson*
Ryan Benson Esq.
One E. Wacker, Suite 3400
Chicago, IL 60601
rbenson@ohaganmeyer.com
*Attorneys for Defendant*

**So Ordered.**
  s/Nicholas G. Garaufis
---
**Hon. Nicholas G. Garaufis**
**Date:** 6/24/24